937 A.2d 419

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Paul A. SEGIDA, Respondent.

Supreme Court of Pennsylvania.

Nov. 28, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of November, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) In finding insufficient evidence to support the [75 Pa. C.S.] § 3802(a)(1) DUI offense, did [the] Superior Court err in determining what the elements are for a [Section 3802(a)(1)] DUI offense and err in concluding it is an "at the time of driving" offense?